UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IRA HAROLD WEXLER,

    PLAINTIFF,

-vs-                                                        Case No. 1:16-cv-00384-WTH-GRJ

STATE OF FLORIDA, et al.,

    DEFENDANTS.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation ECF No. 10. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having reviewed the Report and Recommendation and the docket, this Court agrees that plaintiff has failed to follow an order of the Court and to prosecute this case. Accordingly, the Report and Recommendation is accepted and incorporated herein. The Clerk is directed to enter judgment stating: "This case is dismissed without prejudice for failure to follow an order of the Court and failure to prosecute." The Clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 1st day of August, 2017.

_____
**UNITED STATES DISTRICT JUDGE**